# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

In re: §
    §
VON_DRAKK, VIKTOR CHARLES § Case No. 14-40950
VON_DRAKK, ALLISON JANE §
    §
    §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - VIKTOR & ALLISON VON DRAKK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 14-40950 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | VON_DRAKK, ALLISON JANE | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: | 06/10/15 | | | Claims Bar Date: | 03/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home Location: 534 W Atk | 101,675.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account: (ending-2240) Location: Verity C | 83.91 | 0.00 | | 0.00 | FA |
| 3. Checking Account (ending-3008) Location: Chase, 57 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit: Security Deposit Held By Landlor | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Furniture Location: 21 Anderson Blvd., Genev | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Appliances Location: 21 Anderson Blvd., Gene | 300.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Furnishings Location: 21 Anderson | 100.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Electronics Location: 21 Anderson Blvd., Gen | 200.00 | 0.00 | | 0.00 | FA |
| 9. Office: Old laptop computer, printer, desk, and ch | 300.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Books Location: 21 Anderson Blvd., Geneva, I | 100.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Wearing Apparel Location: 21 Anderson Blvd., | 375.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Jewelry Location: 21 Anderson Blvd., Geneva, | 500.00 | 0.00 | | 0.00 | FA |
| 13. Firearms: Three .45 caliber handguns, three curio/ | 800.00 | 0.00 | | 0.00 | FA |

FORM 1 - VIKTOR & ALLISON VON DRAKK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| Case No: | 14-40950 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | VON_DRAKK, ALLISON JANE | | | 341(a) Meeting Date: | 12/08/14 |
| | | | | Claims Bar Date: | 03/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Retirement: IRA account (ending-7211) Location: St | 6,622.97 | 0.00 | | 0.00 | FA |
| 15. Auto: 2010, Honda, CR-V (18,000 miles; good condit | 14,875.00 | 15,930.31 | | 15,903.31 | FA |
| 16. Auto: 2007 Land Rover, Range Rover (60,000 miles; | 18,012.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $148,743.88    $15,930.31    $15,903.31    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3.15.15: Trustee sold the Debtors' 2010 Honda CRV to CarMax and collected approximately $15,000 for the estate. Trustee
has reviewed claims and is preparing her final report. Once approved, she will file her final report and disburse funds
on hand.

Initial Projected Date of Final Report (TFR): 07/01/15    Current Projected Date of Final Report (TFR): 07/01/15

/s/    Elizabeth C. Berg, Trustee
_____    Date: 06/10/15
ELIZABETH C. BERG, TRUSTEE

**FORM 2 CURRENT & ALLISON VON DRAKK**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-40950 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | Bank Name: | Associated Bank |
| | VON_DRAKK, ALLISON JANE | | Account Number / CD #: | *******6385 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9339 | | | |
| For Period Ending: | 06/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/15 | 15 | CarMax, Inc #7122<br>3320 Odyssey Court<br>Naperville IL 60563 | SALE OF VEHICLE - 2010 HONDA CRV | 1129-000 | 18,000.00 | | 18,000.00 |
| 01/14/15 | 001001 | Viktor and Allison Von Drakk<br>c/o Lawrence Lobb<br>Drendel & Jansons Law Group<br>111 Flinn St.<br>Batavia, IL 60510 | Debtor's Exemption - 2010 Honda CRV<br>Debtor's Exemption Allowed Per Court Order Dated January 9, 2015 | 8100-002 | | 2,096.69 | 15,903.31 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.40 | 15,886.91 |
| 02/20/15 | 001002 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | 2015 Bond Premium | 2300-000 | | 13.54 | 15,873.37 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 22.44 | 15,850.93 |

Page Subtotals    18,000.00    2,149.07

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.05

FORM 2 CURRENT & ALISON VON DRAKK

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 14-40950 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | Bank Name: | Associated Bank |
| | VON_DRAKK, ALLISON JANE | | Account Number / CD #: | *******6385 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9339 | | | |
| For Period Ending: | 06/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,000.00 | 2,149.07 | 15,850.93 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,000.00 | 2,149.07 | |
| | | | Less: Payments to Debtors | | | 2,096.69 | |
| | | | Net | | 18,000.00 | 52.38 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********6385 | | 18,000.00 | 52.38 | 15,850.93 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 18,000.00 | 52.38 | 15,850.93 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| | | EXH. C - VON DRAKK | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 10, 2015 |

Case Number: 14-40950  
Debtor Name: VON_DRAKK, VIKTOR CHARLES  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,340.00 | $0.00 | $2,340.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,715.00 | $0.00 | $1,715.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $95.00 | $0.00 | $95.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | Administrative | | $13.54 | $13.54 | $0.00 |
| 000001A<br>046<br>5800-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $37,147.20 | $0.00 | $37,147.20 |
| 001<br>8100-00 | Viktor and Allison Von Drakk<br>c/o Lawrence Lobb<br>Drendel & Jansons Law Group<br>111 Flinn St.<br>Batavia, IL 60510 | Unsecured | | $2,096.69 | $2,096.69 | $0.00 |
| 000001B<br>080<br>7300-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $1,411.22 | $0.00 | $1,411.22 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $33,097.42 | $0.00 | $33,097.42 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $272.31 | $0.00 | $272.31 |
| | Case Totals: | | | $78,188.38 | $2,110.23 | $76,078.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-40950
Case Name: VON_DRAKK, VIKTOR CHARLES
           VON_DRAKK, ALLISON JANE
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors                  $_____

    Remaining Balance                                           $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank, FSB | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance                                           $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance                                           $_____