UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )   Chapter 7
                                          )   Case No. 14-40950
Viktor & Allison Von Drakk,               )
                                          )   Honorable Donald R. Cassling
                                          )   (Kane County)
          Debtors.                        )   Hearing Date: July 17, 2015
                                          )   Hearing Time: 10:30 A.M.

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:       Estate

Date of Order Authorizing
Employment:                     November 12, 2014

Period for Which
Compensation is sought:         December 11, 2014 to Close of Case

Amount of Fees sought:          $2,340.00

Amount of Expense
Reimbursement sought:           $ 0.00

This is an:    Interim Application __    Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: June 19, 2015                    Elizabeth C. Berg, Trustee of the Estate of
                                        Viktor & Allison Von Drakk, Debtors


                                        By:  /s/ Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-40950 |
| Viktor & Allison Von Drakk, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: July 17, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Viktor and Allison Von Drakk, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,340.00 as final compensation for her services rendered as trustee in this case from December 11, 2014 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on November 12, 2014, by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the estate held an interest in the debtors' vehicles, a 2010 Honda CRV and a 2007 Land Rover ("Property").

4. The bar date for filing non-governmental claims in this case was March 16, 2015 and the bar date for filing governmental claims was May 11, 2015.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtors' schedules of assets and liabilities and Debtors' statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtors under oath;

    B. Trustee negotiated the sale of one of the debtors' vehicles to CarMax and recovered approximately $15,000.00 for the estate;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

    F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $18,000.00 on behalf of the Estate. Trustee has made $2,149.07 in disbursements in this case as of the date hereof.

2

9. Copies of the Successor Trustee's *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Successor's Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 13.50 hours rendering services on behalf of this Estate with a value of $3,441.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $2,340.33 as follows:

| | |
|---|---|
| 25% of the first $ 5,000.00 | $1,250.00 |
| 10% of the next $10,903.31 | $1,090.33 |
| Total allowable compensation | $ 2,340.33 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from December 11, 2014 through the closing of the case in the amount of $2,340.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will only be sufficient funds available to make a partial distribution to the

3

priority unsecured creditors and that general unsecured creditors will not receive a distribution.

14.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15.     Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16.     The Trustee has liquidated or abandoned all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

17.     Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Viktor and Allison Von Drakk, debtors, requests the entry of an order providing the following:

A.     Allowing to Trustee final compensation in the amount of $2,340.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from December 11, 2014 through the closing of this case ; and

B.     Authorizing Trustee to pay the compensation awarded from the Estate funds held by Trustee as part of her final distribution in this case; and

C.     For such other and further relief as this Court deems appropriate.

Dated:  June 10, 2015                           Elizabeth C. Berg, as trustee of the
                                                estate of Viktor & Allison Von Drakk, debtors


                                                By:___/s/ Elizabeth C. Berg, as trustee___
                                                      Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

4

**Trustee's Final Fee Application**　　　　　　　　**Viktor & Allison Von Drakk, Debtors**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 14-40950**

## Trustee's Itemized Billing Statements

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**     (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

June 11, 2015
Invoice No:   02608

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Von Drakk - TR Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/11/2014 | ECB | TC with Atty Larry Lobb re CarMax appraisals (.1) | 0.10<br>$325.00/ hr | $32.50 |
| 12/11/2014 | ECB | Re: Von Drakk -- Supervise clerk in prep of motion to hire counsel | 0.30<br>$325.00/ hr | $97.50 |
| 12/12/2014 | ECB | Exchange emails with Debtors' counsel re valuation on autos and parameters for agreement to sell back to debtors | 0.30<br>$325.00/ hr | $97.50 |
| 12/16/2014 | ECB | Review documentation provided by Debtor and confirm proof of insurance | 0.10<br>$325.00/ hr | $32.50 |
| 12/16/2014 | ECB | Review scheduled priority & unsecured claim (.1) Run calculations for settlement analysis (.3) | 0.40<br>$325.00/ hr | $130.00 |
| 12/17/2014 | ECB | Email and TC to RKP re taxability of sale and prep of motion to hire accountant | 0.30<br>$325.00/ hr | $97.50 |
| 12/17/2014 | ECB | Review correspondence from D's counsel re Debtor's desire to keep (.2) auto (.3) Review and Calculate possible reallocation of exemptions to facilitate single sale | 1.60<br>$325.00/ hr | $520.00 |

**Baldi Berg, Ltd**                                                                                    6/11/2015

Von Drakk - TR Matters                                                                          Page    2

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| | | to Car Max (.4) TC with Debtor's counsel and reach agmt for same (.3) Prepare written letter agreement regarding sale (.4) | | |
| 12/18/2014 | ECB | Review amended schedules filed by debtor in connection with sale of vehicles (.1) memo to staff re same for prep of motion | 0.10<br>$325.00/ hr | $32.50 |
| 12/22/2014 | ECB | Follow up with staff re prep of COS for Rule 6004 notice of sale (.1) Receive executed agreement and email counsel for Debtor re same (.1) Confer with RKP re mechanics of delivery (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 1/06/2015 | ECB | TC J. Cassling's chambers re ability to duplicate signed order on day of hearing (.1) Email debtor's counsel re arrangements for delivery of vehicle (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 1/08/2015 | ECB | Email to L. Lobb re sale of vehicle (.1) Email to RKP to confirm details re same (.1) TC to Carmax to confirm appointment for 1/9/15 for sale (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 1/09/2015 | ECB | Confirm entry of order approving sale and arrangements for sale at Carmax with Debtor's counsel following court hearing (.2) Travel to CarMax and sell auto (1.4) | 1.60<br>$325.00/ hr | $520.00 |
| 1/10/2015 | ECB | Post Sale Followup: Direct Staff re prep of exemption check & report of sale, organize file and sale dox | 0.30<br>$325.00/ hr | $97.50 |
| 1/12/2015 | ECB | Email RKP re expenses for Report of Sale on Honda CRV | 0.10<br>$325.00/ hr | $32.50 |
| 1/12/2015 | JMM | Request EIN from IRS (.1), Open new bank account and deposit check into TCMS (.1), Send Check to Bank via FedEx (.1) | 0.30<br>$175.00/ hr | $52.50 |

**Baldi Berg, Ltd**                                                                6/11/2015

Von Drakk - TR Matters                                                        Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/14/2015 | JMM | Review Order on Sale and Exemptions, Confirm with Sch. C, Cut Check to Debtors (.1), Draft letter to Debtor's Counsel re: exemption check (.4) | 0.50<br>$175.00/hr | $87.50 |
| 1/26/2015 | RKP | Review case file for information regarding Estate tax requirements (.1); memo to Trustee re: same (.1) | 0.20<br>$195.00/hr | $39.00 |
| 1/29/2015 | ECB | Update TR database re quarterly review | 0.10<br>$325.00/hr | $32.50 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 2/20/2015 | ECB | Review correspondence & bond received from ch. 7 bonding company (.1) Prep bond disbursement report and arrange payment of premium (.2) | 0.30<br>$325.00/hr | $97.50 |
| 3/09/2015 | ECB | Open and review Feb 2015 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 3/09/2015 | JMM | Process February 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 3/13/2015 | ECB | Email to accountant to inquire re need to file 2014 return | 0.10<br>$325.00/hr | $32.50 |
| 4/07/2015 | ECB | Review tax return status and confer with RKP re followup with L. West | 0.10<br>$325.00/hr | $32.50 |
| 4/07/2015 | RKP | Meet with Trustee re: issues to close case | 0.10<br>$195.00/hr | $19.50 |
| 4/09/2015 | ECB | Open and approve 3-15 bank statement | 0.10<br>$325.00/hr | $32.50 |

**Baldi Berg, Ltd**                                                                 6/11/2015

Von Drakk - TR Matters                                                    Page    4

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/09/2015 | JMM | Process March 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/10/2015 | ECB | Confirm with Acct no need to file estate tax return for 2014 | 0.10<br>$325.00/ hr | $32.50 |
| 4/10/2015 | RKP | Review case file and prior tax returns received for information to assess estate tax liability (.3); email to L. West re:same (.1) | 0.40<br>$195.00/ hr | $78.00 |
| 5/01/2015 | ECB | Check status of estate tax matters | 0.10<br>$325.00/ hr | $32.50 |
| 5/14/2015 | JMM | Review case file for information needed to prepare TFR and related documents (.5); Review claims and update system with information needed to prepare TFR and NFR (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 5/14/2015 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0) and NFR (.4); Review and edit Trustee final report package (.5) | 3.40<br>$175.00/ hr | $595.00 |

|  |  |
|---|---|
| Total Fees | $3,441.50 |
| Total New Charges | $3,441.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,441.50 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 7.10 | $325.00 |
| Jason M Manola | 5.70 | $175.00 |
| Ricki K Podorovsky | 0.70 | $195.00 |

**Trustee's Final Fee Application**            **Viktor & Allison Von Drakk, Debtors**
                                                **Case No. 14-40950**

# Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Viktor & Allison Von Drakk, | ) | Case No. 14-40950 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |

**Successor Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook   )

    I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

    2.    I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as successor trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

    3.    I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

    4.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on June 11, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**