UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Viktor & Allison Von Drakk, ) | Case No. 14-40950 |
| ) | |
| ) | Honorable Donald R. Cassling |
| Debtors. ) | (Kane County) |
| ) | Hearing Date: July 17, 2015 |
| ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:     Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                   December 19, 2014

Period for Which
Compensation is sought:       December 12, 2014 to close of case

Amount of Fees sought:        $ 1,715.00

Amount of Expense
Reimbursement sought:         $ 95.00

This is an:    Interim Application __    Final Application  _X_

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-___ .

Dated:  June 19, 2015                    Baldi Berg, Ltd., Attorneys for Trustee

                                         By:  ___/s/  Elizabeth C. Berg_____
                                              Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-40950 |
| Viktor and Allison Von Drakk, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: July 17, 2015 |
| Debtors. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd., ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Viktor and Allison Von Drakk, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BB of $1,715.00 as final compensation for 8.60 hours of legal services rendered to the Trustee from December 12, 2014 through the close of this case and reimbursement of $95.00 for expenses incurred in connection with such services. In support thereof, BB respectfully states as follows:

### Introduction

1. Debtors commenced this case on November 12, 2014 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. At the time of filing, the estate held an interest in the debtors' vehicles, a 2010 Honda CRV and a 2007 Land Rover ("Property").

4. The bar date for filing non-governmental claims in this case was March 16, 2015 and for filing governmental claims was May 11, 2015.

### Retention of BB

5. On December 19, 2014, the Court entered an ordered authorizing Trustee to

employ Elizabeth C. Berg and the law firm of BB as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BB attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Joseph A. Baldi – Partner
> Julia D. Loper – Associate
> Ricki Podorovsky – Paralegal
> Jason Manola – Paralegal

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

**Services Rendered by BB**

8. Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9. The services provided by BB have been summarized below and are the services rendered by BB during the period covered by this Application: BB prepared and presented the Trustee's Motion to Employ Attorneys; BB prepared and presented Trustee's Motion to Sell the Automobile and also a Report of Sale in connection with the sale of the Automobile; In addition, BB prepared and presented this final fee application.

In connection with the foregoing, BB spent 8.60 hours for which its requests allowance and payment of final compensation in the amount of $1,715.00.

## Compensation Requested

10. In connection with the foregoing services described and categorized in paragraph nine above, BB spent 8.60 hours for which the total value of the services rendered is $1,715.00.

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

12. The rates charged by the attorneys and paralegals of BB in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Expense Reimbursement Requested

13. BB has incurred actual and necessary expenses in the amount of $95.00 in connection with the sale of the automobile described herein for which it requests reimbursement. The expenses relate to Department of Motor Vehicle fees for the sale of a vehicle. A detailed itemization of the expenses for which BB requests reimbursement is included within the billing statements attached hereto as Exhibit C.

**Payment of Compensation**

14. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement to be received by BB for services rendered to the Trustee or expenses incurred in connection with this case.

15. BB has not previously received or been promised any payments for services rendered or expenses incurred in this case.

16. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

**Status of the Case**

18. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

**Financial Condition of the Case**

20. Trustee currently has approximately $ 15,850.93 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BB in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the

United States Bankruptcy Court.

21. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will not be funds available to make a distribution to general unsecured creditors who filed claims in this case.

### Trustee's Approval

22. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BB, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to BB final compensation in the amount of $1,715.00 for actual and necessary professional services rendered to the Trustee from December 12, 2014 through the closing of this case;

B. Allowing to BB reimbursement of $95.00 for expenses incurred in connection with the foregoing services; and

C. Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D. For such other and further relief as this Court deems appropriate.

Dated: June 10, 2015　　　　　　　　　　Baldi Berg, Ltd.

　　　　　　　　　　　　　　　　　　　　Attorneys for Elizabeth C. Berg, as trustee of the estate of Viktor & Allison Von Drakk, debtors

　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N.Clark Street, Suite 200
Chicago, IL 60602
312.726.8150

**Baldi Berg, Ltd.**                              **Viktor and Allison Von Drakk, Debtors**
**Final Fee Application**                            **Case No. 14-40950**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-40950 |
| Viktor & Allison Von Drakk, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Viktor & Allison Von Drakk, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. to act as general bankruptcy counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 19, 2014

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

**Baldi Berg, Ltd.**  **Viktor and Allison Von Drakk, Debtors**
**Final Fee Application**  **Case No. 14-40950**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**
**Final Fee Application**

**Viktor and Allison Von Drakk, Debtors**
**Case No. 14-40950**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

June 10, 2015
Invoice No:   02607

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Von Drakk - General Administration*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/12/2014 | RKP | Draft Motion to Employ Attys and Proposed Order | 1.00<br>$195.00/ hr | $195.00 |
| 12/16/2014 | JDL | Prepare affidavit of disinteredness of Attorney for filing with motion to employ. | 0.20<br>$250.00/ hr | $50.00 |
| 12/18/2014 | RKP | Draft motion to sell automobile (1.0); notice to creditors pursuant to 2002 (.4) and proposed order (.2); phone conversation with representative from Carmax (Lindsey, asst. manager business office) re: documentation and information needed to consummate sale and other issues for Trustee to sell car (.3); memo to file re: same (.1) | 2.00<br>$195.00/ hr | $390.00 |
| 12/22/2014 | RKP | Compile documents, as required, to sell automobile to CarMax (.1) and memo to E. Berg re: same (.1); phone call to Judge's clerk re: obtaining signed order on date of hearing (.1) | 0.30<br>$195.00/ hr | $58.50 |
| 1/08/2015 | ECB | Prep for court hearing on 1/9/15 and sale | 0.30<br>$325.00/ hr | $97.50 |
| 1/08/2015 | RKP | Phone conversation with R. Gerson (.2) and L. Dumbauld (.3) at CarMax to confirm documentation and procedures to effectuate sale of Honda CRV; draft email to L. | 1.00<br>$195.00/ hr | $195.00 |

**Baldi Berg, Ltd**                                                6/10/2015

Von Drakk - General Administration                              Page    2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Dumbauld re: documents to support and authorize Trustee's sale of automobile (.3); review file for certificate of title (.1) and discuss issue of potential lien as listed on proof of insurance with Trustee (.1) |  |  |
| 1/09/2015 | ECB | Attend court and present TR Motion to Sell Auto under section 363 | 0.20<br>$325.00/ hr | $65.00 |
| 1/09/2015 | RKP | Review docket for signed order (.1)r; email to L. Dumbaude at CarMax re: documents required to sell automobile (.2); multiple emails to L. Berg re: same and issues to sell at CarMax (.2); draft report of sale (.4); review email from L. Berg re: closing of sale (.1); email to L. Lobb re: same (.1) | 1.10<br>$195.00/ hr | $214.50 |
| 1/12/2015 | RKP | Review file re: vehicle purchase agreement (.1); edit report of sale with final sale figures (.1); email to L. Berg re: expenses incurred (.1) | 0.30<br>$195.00/ hr | $58.50 |
| 1/14/2015 | RKP | Edit report of sale per E. Berg (.2); compile documents in support (.1) and prepare for filing | 0.30<br>$195.00/ hr | $58.50 |
| 5/14/2015 | JMM | Prepare BB Fee Application (1.4); Prepare coversheet, proposed order and affidavit (.3); Review and edit same (.2) | 1.90<br>$175.00/ hr | $332.50 |

                                                                Total Fees      $1.715.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/09/2015 | Miscellaneous Expense - Advance DMV fees for TR sale of debtors' auto to Carmax | 1.00 @<br>/each | $95.00 |

                                                        Total Expenses          $95.00

**Baldi Berg, Ltd**                                                                 6/10/2015

Von Drakk - General Administration                                          Page    3

|  |  |
|---|---|
| Total New Charges | $1,810.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,810.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.50 | $325.00 |
| Julia D Loper | 0.20 | $250.00 |
| Jason M Manola | 1.90 | $175.00 |
| Ricki K Podorovsky | 6.00 | $195.00 |

**Baldi Berg, Ltd.** **Viktor and Allison Von Drakk, Debtors**
**Final Fee Application** **Case No. 14-40950**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Viktor & Allison Von Drakk, | ) | Case No. 14-40950 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Kane County) |

### Rule 2016 Affidavit

State of Illinois    )
County of Cook    )

    I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am a shareholder of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

    2.    I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

    3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

    4.    Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

    5.    Further affiant sayeth naught.

                                                                           _/s/ Elizabeth C. Berg_
                                                                           Elizabeth C. Berg

Subscribed and Sworn to before me
this _11_ day of June, 2015.

_/s/ Notary Public_

> OFFICIAL SEAL
> JASON M MANOLA
> Notary Public - State of Illinois
> My Commission Expires Nov 1, 2015

**Exhibit D**