# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VON_DRAKK, VIKTOR CHARLES | § | Case No. 14-40950 |
| VON_DRAKK, ALLISON JANE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on July 17, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Jeffrey P. Allsteadt</u> _____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|                                                                 |     |                    |
|-----------------------------------------------------------------|-----|--------------------|
| In re:                                                          | §   |                    |
|                                                                 | §   |                    |
| VON_DRAKK, VIKTOR CHARLES                                       | §   | Case No. 14-40950  |
| VON_DRAKK, ALLISON JANE                                         | §   |                    |
|                                                                 | §   |                    |
| Debtor(s)                                                       | §   |                    |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 2,149.07 |
| leaving a balance on hand of[1] | $ | 15,850.93 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 2,340.00 | $ 0.00 | $ 2,340.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,715.00 | $ 0.00 | $ 1,715.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 95.00 | $ 0.00 | $ 95.00 |
| Other: Arthur B. Levine Company | $ 13.54 | $ 13.54 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,150.00 |
| Remaining Balance | $ | 11,700.93 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 37,147.20  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $          37,147.20 | $           0.00 | $         11,700.93 |
| | Total to be paid to priority creditors | | $ | 11,700.93 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,369.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Bank, FSB | $          33,097.42 | $           0.00 | $           0.00 |
| 000003 | American Express Bank, FSB | $             272.31 | $           0.00 | $           0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,411.22  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 1,411.22 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors  $_____ 0.00

Remaining Balance  $_____ 0.00

Prepared By: /s/Elizabeth C. Berg _____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-40950-DRC
Viktor Charles Von_Drakk                                              Chapter 7
Allison Jane Von_Drakk
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 2          Date Rcvd: Jun 22, 2015
                             Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2015.
db/jdb        +Viktor Charles Von_Drakk,   Allison Jane Von_Drakk,   21 Anderson Blvd.,
               Geneva, IL 60134-2009
22625398      +ADT Security, LLC,   P.O. Box 9320,   Baldwin, NY 11510-9320
22625399      +American Express,   P.O. Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
22625400       American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
23020769       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22625402      +Bank of America, N.A.,   P.O. Box 650225,   Dallas, TX 75265-0225
22625404     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank SD, NA,   Attn: Centralized Bankruptcy,   P.O. Box 20363,
              Kansas City, MO 64195)
22625403      +CarMax Auto Finance,   P.O. Box 440609,   Kennesaw, GA 30160-9511
22625405      +Fitness 19,   5680 24th Ave. NW,   Seattle, WA 98107-4103
22625409     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
22625408       National Service Bureau,   PO BOX 747,   Bothell, WA 98041-0747
22888564       Nationstar Mortgage LLC,   c/o Manley Deas Kochalski LLC,   P.O. Box 165028,
               Columbus, OH 43216-5028
22625410      +Palm Drive Emergency Phys. Med. Grp,   861 Coronado Center Dr.,   Suite 211,
               Henderson, NV 89052-3992
22625411      +Progressive Management Systems,   1521 West Cameron Ave.,   West Covina, CA 91790-2738
22625412       Ronald Reagan UCLA Medical Center,   P.O. Box 64460,   LOS ANGELES, CA 90064-0460
22625413      +SKO Brenner American,   P.O. Box 9320,   Baldwin, NY 11510-9320
22625414       Terminix,   P.O. Box 742592,   Cincinnati, OH 45274-2592
22625416      +UCLA Health,   P.O. Box 240005,   Los Angeles, CA 90024-9105
22625417      +Wilcox Block 2, LLC,   P.O. Box 502,   Geneva, IL 60134-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22625401       E-mail/Text: g20956@att.com Jun 23 2015 01:28:55     AT&T,   P.O. Box 6416,
               Carol Stream, IL 60197-6416
22625406      +E-mail/Text: bknoticing@grantweber.com Jun 23 2015 01:28:07    Grant & Weber, Inc.,
               861 Coronado Center Dr.,   Suite 211,   Henderson, NV 89052-3992
22625407       E-mail/Text: cio.bncmail@irs.gov Jun 23 2015 01:27:25     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                      TOTAL: 3

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22625415        TimeWarner Cable
23023093*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                        TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2015 at the address(es) listed below:
          Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,
          eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Lawrence W Lobb     on behalf of Debtor Viktor Charles Von_Drakk lwl@batavialaw.com
          Lawrence W Lobb     on behalf of Joint Debtor Allison Jane Von_Drakk lwl@batavialaw.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Shara C Cornell     on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com

District/off: 0752-1          User: mhenley              Page 2 of 2          Date Rcvd: Jun 22, 2015
                             Form ID: pdf006            Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                        TOTAL: 7