# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARRON, DONALD | § | Case No. 11-24699 DRC |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 66,275.00 *(Without deducting any secured claims)* | Assets Exempt: 23,355.00 |
| Total Distributions to Claimants: 10,917.43 | Claims Discharged Without Payment: 42,109.50 |
| Total Expenses of Administration: 2,728.89 | |

3) Total gross receipts of $ 13,646.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,646.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 107,226.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,728.89 | 2,728.89 | 2,728.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,026.00 | 12,830.93 | 12,830.93 | 10,917.43 |
| **TOTAL DISBURSEMENTS** | $ 160,252.00 | $ 15,559.82 | $ 15,559.82 | $ 13,646.32 |

    4)  This case was originally filed under chapter 7 on  06/12/2011 . The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2015                    By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED TAX REFUND(S), IF ANY | 1124-000 | 1,591.00 |
| DEBTOR HAS AN INSURANCE POLICY WITH A CASH VALUE. | 1129-000 | 12,054.23 |
| Post-Petition Interest Deposits | 1270-000 | 1.09 |
| TOTAL GROSS RECEIPTS | | $13,646.32 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | 86,076.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 20,820.00 | NA | NA | 0.00 |
| | Vanguard Community Management 50 E. Commerce Dr., #110 Schaumburg, IL 60173 | | 330.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 107,226.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,114.63 | 2,114.63 | 2,114.63 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 34.06 | 34.06 | 34.06 |
| ASSOCIATED BANK | 2600-000 | NA | 419.91 | 419.91 | 419.91 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 160.29 | 160.29 | 160.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,728.89** | **$ 2,728.89** | **$ 2,728.89** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A. Po Box 30273 Salt Lake City, UT 84130 | | 16,162.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 23,957.00 | NA | NA | 0.00 |
| | Citi Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | ComED Bankruptcy Department 555 Waters Edge Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | E*Trade Credit Card 671 N Glebe Rd Fl 11 Arlington, VA 22203 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Care Credit Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Empire Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Empire Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Home Design-Floor Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gemb/Tweeter Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Wicks 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance 10550 Talbert Ave Fountain Valley, CA 92708 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 39.00 | NA | NA | 0.00 |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | New York Community Ban 1801 E 9th St Ste 200 Cleveland, OH 44114 | | 0.00 | NA | NA | 0.00 |
| | Nicor PO BOX 416 Aurora, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | Oakbrookbk 2021 Spring Rd Oak Brook, IL 60521-1813 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 38.00 | NA | NA | 0.00 |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Upfront Rewards 2505 E Paris Ave Se Ste Grand Rapids, MI 49546 | | 0.00 | NA | NA | 0.00 |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Eddie Bauer 995 W 122nd Ave Westminster, CO 80234 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |
| 000001 | COMMERCE BANK | 7100-900 | 6,198.00 | 6,198.90 | 6,198.90 | 5,274.45 |
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | 6,632.00 | 6,632.03 | 6,632.03 | 5,642.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 53,026.00 | $ 12,830.93 | $ 12,830.93 | $ 10,917.43 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-24699 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MARRON, DONALD | | | Date Filed (f) or Converted (c): | 06/12/11 (f) |
| | | | | 341(a) Meeting Date: | 07/27/11 |
| For Period Ending: | 08/26/15 | | | Claims Bar Date: | 03/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 212 B. COLLEN DRIVE, #114, LOMBARD IL 60 | 77,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 15.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT WITH HARRIS BANK | 300.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS--EST | 3,725.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, PICTURES, AND FAMILY PHOTOS, | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 1,755.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS ITEMS | 500.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR HAS AN INSURANCE POLICY WITH A CASH VALUE. | 12,208.24 | 12,054.23 | | 12,054.23 | FA |
| 9. PENSION/IRA/401K, IF ANY | 0.00 | 0.00 | | 0.00 | FA |
| 10. LIQUIDATED TAX REFUND(S), IF ANY | 0.00 | 1,591.00 | | 1,591.00 | FA |
| 11. 2003 HYUNDAI SANTA FE WITH 163,000 MILES | 2,400.00 | 0.00 | | 0.00 | FA |
| 12. MISCELLANEOUS ASSETS, INCLUDING ANY UNLIQUIDATED T | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.09 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $98,153.24 | $13,645.23 | | $13,646.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review
October 07, 2014, 11:55 am

Trustee to review claims and prepare TFR
October 17, 2013, 02:30 pm

LFORM1

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-24699    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | MARRON, DONALD | Date Filed (f) or Converted (c):    06/12/11 (f) |
| | | 341(a) Meeting Date:    07/27/11 |
| | | Claims Bar Date:    03/02/12 |

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 12/31/14

/s/    GINA B. KROL
_____ Date: 08/26/15
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-24699 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MARRON, DONALD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0477  Checking Account |
| Taxpayer ID No: | *******4396 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,475.20 | | 13,475.20 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.31 | 13,466.89 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.58 | 13,458.31 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.30 | 13,450.01 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.57 | 13,441.44 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.98 | 13,421.46 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 11.63 | 13,409.83 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.02 | 13,391.81 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.91 | 13,371.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.24 | 13,352.66 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.85 | 13,332.81 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.18 | 13,313.63 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.79 | 13,293.84 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.76 | 13,274.08 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.10 | 13,254.98 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.71 | 13,235.27 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.04 | 13,216.23 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.65 | 13,196.58 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.62 | 13,176.96 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.70 | 13,159.26 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 11.60 | 13,147.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 13,128.10 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.89 | 13,109.21 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.49 | 13,089.72 |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-24699 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MARRON, DONALD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0477 Checking Account |
| Taxpayer ID No: | *******4396 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.83 | 13,070.89 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.43 | 13,051.46 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.40 | 13,032.06 |
| 12/19/14 | 030003 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 2,114.63 | 10,917.43 |
| 12/19/14 | 030004 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Final Distribution | 7100-900 | | 5,274.45 | 5,642.98 |
| 12/19/14 | 030005 | FIA CARD SERVICES, N.A.<br>Bank of America, NA (USA) &<br>MBNA America Bank, NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution<br>(2-1) Modified on 1/13/13 to<br>correct creditor's address. (ac) | 7100-900 | | 5,642.98 | 0.00 |

| Account *******0477 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 5 | Checks | 13,055.29 |
| | 0 | Interest Postings | 0.00 | 24 | Adjustments Out | 419.91 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 13,475.20 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 13,475.20 | | | |
| | | Total | $ 13,475.20 | | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 18.05

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-24699 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MARRON, DONALD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4166  BofA - Money Market Account |
| Taxpayer ID No: | *******4396 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/25/11 | 8 | Met Life<br>PO Box 540<br>Warwick, RI  02886-0540 | | 1129-000 | 12,054.23 | | 12,054.23 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 12,054.24 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,054.34 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.86 | 12,039.48 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,039.58 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.84 | 12,024.74 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,024.85 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.77 | 12,009.08 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 10.83 | 11,998.25 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,998.35 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.27 | 11,984.08 |
| 03/05/12 | 10 | US Dept of Treasury | | 1124-000 | 1,591.00 | | 13,575.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,575.19 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.30 | 13,558.89 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,559.00 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.23 | 13,541.77 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,541.88 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.20 | 13,524.68 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,524.79 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.07 | 13,508.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,508.84 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.72 | 13,491.12 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,491.23 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET | BANK FEES | 2600-000 | | 16.03 | 13,475.20 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-24699 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MARRON, DONALD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4166 BofA - Money Market Account |
| Taxpayer ID No: | *******4396 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 9TH FLOOR DALLAS, TX 75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,475.20 | 0.00 |

|  | Account *******4166 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 13,645.23 | 1 | Checks | 10.83 |
| | 11 | Interest Postings | 1.09 | 10 | Adjustments Out | 160.29 |
| | | | | 1 | Transfers Out | 13,475.20 |
| | | Subtotal | $ 13,646.32 | | | |
| | | | | | Total | $ 13,646.32 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 13,646.32 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 13,645.23 | 6 | Checks | 13,066.12 |
| | 11 | Interest Postings | 1.09 | 34 | Adjustments Out | 580.20 |
| | | | | 1 | Transfers Out | 13,475.20 |
| | | Subtotal | $ 13,646.32 | | | |
| | | | | | Total | $ 27,121.52 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 13,475.20 | | | |
| | | Total | $ 27,121.52 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/26/15

GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 15)* Ver: 18.05