UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VON_DRAKK, VIKTOR CHARLES | § | Case No. 14-40950 |
| | § | |
| VON_DRAKK, ALLISON JANE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 122,790.57 *(Without deducting any secured claims)* | Assets Exempt: 13,148.00 |
| Total Distributions to Claimants: 11,700.93 | Claims Discharged Without Payment: 246,182.20 |
| Total Expenses of Administration: 4,202.38 | |

3) Total gross receipts of $ 18,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,096.69 (see **Exhibit 2**), yielded net receipts of $ 15,903.31 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 127,669.12 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,202.38 | 4,202.38 | 4,202.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 35,499.00 | 37,147.20 | 37,147.20 | 11,700.93 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 218,144.61 | 34,780.95 | 34,780.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 381,312.73 | $ 76,130.53 | $ 76,130.53 | $ 15,903.31 |

4) This case was originally filed under chapter 7 on 11/12/2014 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2015          By:/s/Elizabeth C. Berg, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto: 2010, Honda, CR-V (18,000 miles; good condit | 1129-000 | 18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Viktor and Allison Von Drakk | Exemptions | 8100-002 | 2,096.69 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,096.69** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, N.A. P.O. Box 650225 Dallas, TX 75265 | | 43,009.08 | NA | NA | 0.00 |
| | CarMax Auto Finance P.O. Box 440609 Kennesaw, GA 30160 | | 10,380.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067 | | 74,279.44 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 127,669.12 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 2,340.00 | 2,340.00 | 2,340.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 13.54 | 13.54 | 13.54 |
| Associated Bank | 2600-000 | NA | 38.84 | 38.84 | 38.84 |
| BALDI BERG | 3110-000 | NA | 1,715.00 | 1,715.00 | 1,715.00 |
| BALDI BERG | 3120-000 | NA | 95.00 | 95.00 | 95.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,202.38 | $ 4,202.38 | $ 4,202.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | 35,499.00 | 37,147.20 | 37,147.20 | 11,700.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 35,499.00 | $ 37,147.20 | $ 37,147.20 | $ 11,700.93 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security, LLC P.O. Box 9320 Baldwin, NY 11510 | | 717.08 | NA | NA | 0.00 |
| | AT&T P.O. Box 6416 Carol Stream, IL 60197-6416 | | 333.81 | NA | NA | 0.00 |
| | American Express P.O. Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 31,723.00 | NA | NA | 0.00 |
| | Citibank SD, NA Attn: Centralized Bankruptcy P.O. Box 20363 Kansas City, MO 64195 | | 27,571.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fitness 19 5680 24th Ave. NW Seattle, WA 98107 | | 83.27 | NA | NA | 0.00 |
| | Palm Drive Emergency Phys. Med. Grp 861 Coronado Center Dr. Suite 211 Henderson, NV 89052 | | 139.50 | NA | NA | 0.00 |
| | Ronald Reagan UCLA Medical Center P.O. Box 64460 LOS ANGELES, CA 90064-0460 | | 124,951.07 | NA | NA | 0.00 |
| | Terminix P.O. Box 742592 Cincinnati, OH 45274-2592 | | 69.39 | NA | NA | 0.00 |
| | TimeWarner Cable | | 136.39 | NA | NA | 0.00 |
| | UCLA Health P.O. Box 240005 Los Angeles, CA 90024 | | 230.00 | NA | NA | 0.00 |
| 000002 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 32,189.63 | 33,097.42 | 33,097.42 | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 272.31 | 272.31 | 0.00 |
| 000001B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 1,411.22 | 1,411.22 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 218,144.61** | **$ 34,780.95** | **$ 34,780.95** | **$ 0.00** |

FORM 1 - VIKTOR & ALLISON VON DRAKK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 14-40950 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | VON_DRAKK, ALLISON JANE | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: | 09/03/15 | | | Claims Bar Date: | 03/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home Location: 534 W Atk | 101,675.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account: (ending-2240) Location: Verity C | 83.91 | 0.00 | | 0.00 | FA |
| 3. Checking Account (ending-3008) Location: Chase, 57 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit: Security Deposit Held By Landlor | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Furniture Location: 21 Anderson Blvd., Genev | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Appliances Location: 21 Anderson Blvd., Gene | 300.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Furnishings Location: 21 Anderson | 100.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Electronics Location: 21 Anderson Blvd., Gen | 200.00 | 0.00 | | 0.00 | FA |
| 9. Office: Old laptop computer, printer, desk, and ch | 300.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Books Location: 21 Anderson Blvd., Geneva, I | 100.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Wearing Apparel Location: 21 Anderson Blvd., | 375.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Jewelry Location: 21 Anderson Blvd., Geneva, | 500.00 | 0.00 | | 0.00 | FA |
| 13. Firearms: Three .45 caliber handguns, three curio/ | 800.00 | 0.00 | | 0.00 | FA |

LFORM1  
Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1 - VIKTOR & ALLISON VON DRAKK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-40950   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | Date Filed (f) or Converted (c): | 11/12/14 (f) |
| | VON_DRAKK, ALLISON JANE | | 341(a) Meeting Date: | 12/08/14 |
| | | | Claims Bar Date: | 03/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Retirement: IRA account (ending-7211) Location: St | 6,622.97 | 0.00 | | 0.00 | FA |
| 15. Auto: 2010, Honda, CR-V (18,000 miles; good condit | 14,875.00 | 15,930.31 | | 15,903.31 | FA |
| 16. Auto: 2007 Land Rover, Range Rover (60,000 miles; | 18,012.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $148,743.88 | $15,930.31 | | $15,903.31 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8.14.15: Trustee filed her Final Report in this case and has disbursed funds received in the case. Trustee will file her
Distribution Report and the case will close shortly thereafter.

3.15.15: Trustee sold the Debtors' 2010 Honda CRV to CarMax and collected approximately $15,000 for the estate. Trustee
has reviewed claims and is preparing her final report. Once approved, she will file her final report and disburse funds
on hand.

Initial Projected Date of Final Report (TFR): 07/01/15      Current Projected Date of Final Report (TFR): 07/01/15

/s/    Elizabeth C. Berg, Trustee
_____  Date: 09/03/15
ELIZABETH C. BERG, TRUSTEE

FORM 2 - ALLISON & VIKTOR VON DRAKK

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-40950 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | Bank Name: | Associated Bank |
| | VON_DRAKK, ALLISON JANE | Account Number / CD #: | *******6385 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9339 | | |
| For Period Ending: | 09/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/15 | 15 | CarMax, Inc #7122<br>3320 Odyssey Court<br>Naperville IL 60563 | SALE OF VEHICLE - 2010 HONDA CRV | 1129-000 | 18,000.00 | | 18,000.00 |
| 01/14/15 | 001001 | Viktor and Allison Von Drakk<br>c/o Lawrence Lobb<br>Drendel & Jansons Law Group<br>111 Flinn St.<br>Batavia, IL 60510 | Debtor's Exemption - 2010 Honda CRV<br>Debtor's Exemption Allowed Per Court Order Dated January 9, 2015 | 8100-002 | | 2,096.69 | 15,903.31 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.40 | 15,886.91 |
| 02/20/15 | 001002 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | 2015 Bond Premium | 2300-000 | | 13.54 | 15,873.37 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 22.44 | 15,850.93 |
| 07/22/15 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,340.00 | 13,510.93 |
| 07/22/15 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,715.00 | 11,795.93 |
| | | | Page Subtotals | | 18,000.00 | 6,204.07 | |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

FORM 2    ALLISON & VIKTOR VON DRAKK

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-40950 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | VON_DRAKK, VIKTOR CHARLES | | Bank Name: | Associated Bank |
| | VON_DRAKK, ALLISON JANE | | Account Number / CD #: | *******6385 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9339 | | | |
| For Period Ending: | 09/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/15 | 001005 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 95.00 | 11,700.93 |
| 07/22/15 | 001006 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000001A, Payment 31.50% | 5800-000 | | 11,700.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,000.00 | 18,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,000.00 | 18,000.00 | |
| Less: Payments to Debtors | | 2,096.69 | |
| Net | 18,000.00 | 15,903.31 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6385) | 18,000.00 | 15,903.31 | 0.00 |
| | 18,000.00 | 15,903.31 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    11,795.93

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*